UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Dec. 6, 2021__
```

Lin Kwok Keung,

                 Plaintiff,

-against-

Rong City Fish Ball NY Inc. et al.,

                 Defendants.

21-CV-5760-ALC

**ORDER REQUESTING STATUS REPORT**

**ANDREW L. CARTER, JR., United States District Judge:**

    Though unclear from its Answer to the Amended Complaint, it appears that Defendant Rong City Fish Ball NY, Inc. ("Defendant") has asserted a "cross-claim" or "counterclaim" against Plaintiff Lin Kwok Keung and a "third-party claim" or "cross-claim" against TBF-19 Eldridge LLC. ECF No. 11. To date, neither Plaintiff nor TBF-19 Eldridge LLC have answered or otherwise responded to these purported claims and the time to do so under the Federal Rules of Civil Procedure has lapsed.

    Accordingly, the parties are hereby **ORDERED** to submit a joint status report by **December 10, 2021** indicating how they would like to proceed with this case. At a minimum, the parties shall clarify the status of the aforementioned claims for the Court.

**SO ORDERED.**

Dated: Dec. 6, 2021
        New York, New York

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**