UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LIN KWOK KEUNG                              :
                                            :
                    Plaintiff,              :        21-CV-5760 (ALC) (OTW)
        -against-                           :
                                            :        **ORDER**
                                            :
RONG CITY FISH BALL NY INC. et al.,         :
                                            :
                    Defendant.              :
                                            :
-------------------------------------------------------------x

The Court has reviewed the parties' unsigned proposed case management plan. Before the Court enters a case management plan in this case, the parties are directed to brief whether Plaintiff is barred or estopped from bringing this suit because of Plaintiff's prior settlement with Defendants' principal at the same location. *See Keung v. My Noodle Station Inc. et al.*, No. 19-CV-2893 (ER).

The parties are directed to file three page letter briefs in accordance with the following schedule:

- Defendants' opening brief, due June 10, 2022.
- Plaintiff's reply brief, due June 17, 2022.

**SO ORDERED.**

Dated: May 23, 2022
       New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge

1