UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LIN KWOK KEUNG                              :
                                            :
              Plaintiff,                    :       21-CV-5760 (ALC) (OTW)
       -against-                            :
                                            :       **<u>ORDER</u>**
                                            :
RONG CITY FISH BALL NY INC. et al.,         :
                                            :
              Defendant.                    :
                                            :
------------------------------------------------------------x

     The Court has reviewed ECF 32 and ECF 33. Plaintiff is hereby ordered to file the March 29, 2021 Settlement Agreement. If the Plaintiff intends to redact the Settlement Agreement or file it under seal, the Plaintiff must make a motion to seal in accordance with this Court's Individual Rules. *See* Individual Rules III.d.

     The Clerk of Court is respectfully directed to close ECF 32.

**SO ORDERED.**

*s/ Ona T. Wang*
Dated: June 2, 2022                         **Ona T. Wang**
     New York, New York               United States Magistrate Judge