**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

LIN KWOK KEUNG,                                    :
                                                   :
                                  Plaintiff,       :            21-CV-5760 (ALC) (OTW)
                    -against-                      :
                                                   :            **ORDER**
                                                   :
RONG CITY FISH BALL NY INC. et al.,                :
                                                   :
                                  Defendant.       :
                                                   :
------------------------------------------------------------x


      The August 2, 2022 conference is adjourned to Thursday, **September 15, 2022** at

10:30am in Courtroom 20D at 500 Pearl Street, New York, NY 10007.

      This case is hereby **STAYED** until September 14, 2022.

      The Clerk of Court is respectfully directed to close ECF 44, 47, 53, 57 and 59.


**SO ORDERED.**


                                     _s/ Ona T. Wang_
Dated: July 22, 2022                                              **Ona T. Wang**
      New York, New York                            United States Magistrate Judge