UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LIN KWOK KEUNG,                                       :
                                                      :
                        Plaintiff,                    :        21-CV-5760 (JLR) (OTW)
          -against-                                   :
                                                      :        **ORDER**
                                                      :
RONG CITY FISH BALL NY INC. et al.,                   :
                                                      :
                        Defendant.                    :
                                                      :
-------------------------------------------------------------x

The parties are directed to meet and confer and complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://www.nysd.uscourts.gov/hon-ona-t-wang, and file it via ECF by **March 9, 2023**. The parties are directed to file a joint status letter also by **March 9, 2023**.

SO ORDERED.

                                                           *s/ Ona T. Wang*
Dated: February 23, 2023                                   **Ona T. Wang**
       New York, New York                                  United States Magistrate Judge

1