**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

LIN KWOK KEUNG,                                    :
                                                   :
                              Plaintiff,           :            21-CV-5760 (JLR) (OTW)
              -against-                            :
                                                   :            **ORDER**
                                                   :
RONG CITY FISH BALL NY INC. et al.,               :
                                                   :
                              Defendant.           :
                                                   :
------------------------------------------------------------x


        The parties are directed to file a joint status letter on the last business Friday of each

month, starting **April 28, 2023**. In the letter due April 28, 2023, the Plaintiff is directed to report

if he intends to file an Answer to Defendant's counterclaims. (ECF 11). If so, the parties shall

provide a joint proposed deadline for Plaintiff's Answer. The Plaintiff shall also report in the

same letter if TBF-19 Eldridge LLC has been served and to file such proof of service on the

docket. (ECF 6).



**SO ORDERED.**


                                                   _s/ Ona T. Wang_____

Dated: March 13, 2023                                      **Ona T. Wang**
        New York, New York                         United States Magistrate Judge

1