**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

LIN KWOK KEUNG,

                  Plaintiff,                21-CV-5760 (JLR) (OTW)

      -against-

                                              **ORDER**

RONG CITY FISH BALL NY INC. et al.,

                  Defendant.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Status Conference on June 1, 2023. The Court held the following:

(1) Defendant shall supplement his Responses to Plaintiff's Interrogatories by **June 12, 2023**.

(2) Plaintiff shall either serve a new Request to Produce #9 or file a letter on the docket reporting to the Court that the issue has been resolved by **June 12, 2023**.

(3) Plaintiff shall search for records regarding Request to Produce #4 and 7. If Plaintiff wishes to seek amended responses from Defendant upon the receipt of new information, he shall meet and confer with Defendant before filing an application to the Court.

(4) Defendant shall supplement and provide documents in response to Request to Produce #8, to the extent that Defendant has any receipts or documentation concerning their purchase and installation of a sign and a bell. If no such documents exist, Defendant shall inform Plaintiff of such by **June 12, 2023.**

(5) The parties' joint proposed schedule for party depositions is due **June 16, 2023.** The parties shall file their joint proposed schedule on the docket.

(6) Defendant shall re-serve interrogatories on Plaintiff by email by **5:00 p.m. tomorrow, June 2, 2023.** Plaintiff shall **confirm receipt**. Plaintiff's responses and documents are due **June 12, 2023.**

(7) Defendant's letter brief on their motion for sanctions is due **June 12, 2023.** The letter brief shall include attached exhibits of the discussed email correspondence. Plaintiff's opposition is due **June 20, 2023.** There shall be **no reply.**

(8) Plaintiff's motion to amend is due **June 16, 2023.** Defendant's opposition is due **June 30, 2023.** Plaintiff's reply is due **July 7, 2023.**

**SO ORDERED.**

Dated: June 1, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge